UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DOUGLAS BRIAN BENNETT,

     Petitioner,

  v.

STATE OF WASHINGTON,

     Respondent.

CASE NO. 3:25-CV-6031-LK-DWC

REPORT AND RECOMMENDATION

Noting Date: May 28, 2026

The District Court has referred this action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. On November 14, 2025, Petitioner Douglas Brian Bennett initiated this case. Dkt. 1. As Petitioner has not kept the Court advised of his current address and has not provided a servable petition, the Court recommends dismissing this action without prejudice.

The Court reviewed Petitioner's Petition on December 4, 2025 and determined the Petition was deficient. Dkt. 5. The Clerk of Court mailed Petitioner the Court's Order Declining to Serve Petition. *Id*. On December 19, 2025, Petitioner filed a notice of change of address. Dkt. 6. Mail addressed to Petitioner was returned to the Court on January 5, 2026 and January 12, 2026. Dkts. 7, 8. The Court directed the Clerk's Office to re-send the Order Declining to Serve the Petition to Petitioner's new address. Dkt. 9. Petitioner again filed a notice of change of

REPORT AND RECOMMENDATION - 1

address on January 26, 2026. Dkt. 10. The Clerk's office re-sent the mailings to the new address and, on February 23, 2026, the mail was returned as undeliverable. Dkts. 11, 12. Petitioner has not responded to the Court's Order Declining Service or filed any documents with the Court since January 26, 2026.

A party proceeding *pro se* shall keep the Court and opposing parties advised as to his or her current mailing address. Local Rules, W.D. Wash. LCR 41(b)(2). If mail directed to a *pro se* party by the Clerk is returned by the Postal Service, and if such party fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

Petitioner has not kept the Court advised as to his current mailing address and more than sixty days has passed since the Court was notified that Petitioner's address is not correct. Further, Petitioner has not provided a servable petition. Accordingly, pursuant to Local Rule 41(b)(2), the Court recommends dismissal of this action without prejudice.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 28, 2026.**

Dated this 7th day of May, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2