UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS BRIAN BENNETT,

                    Petitioner,

        v.

STATE OF WASHINGTON,

                    Respondent.

CASE NO. 3:25-cv-06031-LK

ORDER ADOPTING REPORT AND
RECOMMENDATION

This matter comes before the Court on United States Magistrate Judge David W. Christel's Report and Recommendation ("R&R") recommending that the Court dismiss Petitioner Douglas Brian Bennett's Section 2241 habeas petition without prejudice because Mr. Bennett has not kept the Court advised of his current address or filed a servable petition. Dkt. No. 13. For the reasons explained below, the Court adopts the R&R and dismisses this action without prejudice.

The Court adopts the facts set forth in the R&R. *Id.* at 1–2. It suffices to say that Mr. Bennett's habeas petition is deficient, and he has not filed an amended petition or kept the Court apprised of his current mailing address. *Id.*; *see also* Dkt. Nos. 11, 12 (mail returned as

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

undeliverable). The Court has notified Mr. Bennett of these deficiencies, Dkt. Nos. 5, 9, 13, but he has not corrected them. Nor has he filed objections or otherwise responded to the R&R.

This Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which" a party objects. 28 U.S.C. § 636(b)(1); *see* Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (same). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see* Fed. R. Civ. P. 72(b)(3). However, the Federal Magistrates Act "does not on its face require any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see Reyna-Tapia*, 328 F.3d at 1121 ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Based on an independent review of the record, the Court concurs with Judge Christel that this action is subject to dismissal without prejudice for failure to file a viable petition and failure to prosecute pursuant to Local Civil Rule 41(b)(2).

Accordingly, the Court ORDERS the following:

(1) The Court ADOPTS the R&R. Dkt. No. 13.

(2) This case is DISMISSED without prejudice.

(3) The Clerk is directed to send a copy of this Order to Mr. Bennett at his last known address and to Judge Christel, and close this case.

Dated this 2nd day of June, 2026.

Lauren King
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2